

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Wanda Binion,

Vs. No. 11-15-00153-CV

U.S. Bank N.A., as Trustee for New
Century Home Equity Loan Trust,
Series 2002-A Asset-Backed Pass-
Through Certificates Series 2002-A,

* From the 42nd District Court
  of Taylor County,
  Trial Court No. 48222-A.

* August 21, 2015

* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Wanda Binion.